No. 304. ALFRED N. TREECE ET AL., PETITIONERS, *v.* AMERICAN ASSOCIATION ET AL. October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jerome Templeton* for petitioners. *Mr. Jesse L. Rogers* for respondents.

No. 363. SUPREME COUNCIL AMERICAN LEGION OF HONOR, PETITIONER, *v.* JOSEPH C. BLACK, ADMINISTRATOR, ETC.; and No. 364. SUPREME COUNCIL AMERICAN LEGION OF HONOR, PETITIONER, *v.* WILLIAM H. HENDERSON. October 19, 1903. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank P. Prichard* and *Mr. Murdock Kendrick* for petitioner. *Mr. George Henderson* and *Mr. Charles H. Sayre* for respondents.

No. 391. JOHN W. WARREN, PETITIONER, *v.* CENTRAL TRUST COMPANY OF NEW YORK ET AL. October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. J. Walsh* for petitioner. *Mr. Adrian H. Joline* and *Mr. Arthur H. Van Brunt* for respondents.